In the Matter of the Administration of the Estate of ARTHUR WELLS, Deceased.

ELLA RYKERT, Appellant; EMMA WELLS, Respondent.

*Matter of Wells*, 123 App. Div. 79, affirmed.
(Argued January 6, 1909; decided January 26, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 8, 1908, which reversed a decree of the Niagara County Surrogate's Court revoking letters of administration theretofore issued on the estate of Arthur Wells, deceased.

*Robert H. Gittins* for appellant.

*Frank F. Williams* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.